IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Kim O Taylor | ) | |
| | ) | Case No. 19-20093 |
| | ) | |
| Debtor(s). | ) | Honorable Jack B. Schmetterer |

## NOTICE OF MOTION

TO:   Patrick S Layng, U.S. Trustee, *Via Electronic Filing*

The Honorable Judge Jack B. Schmetterer, *Via Electronic Filing*

Tom Vaughn, Chapter 13 Trustee, *Via Electronic Filing*

Kim O Taylor, 833 N Richmond, 2nd Floor Chicago, IL 60622, *Via US Mail*

Additional Creditors, *see attached service list*

PLEASE TAKE NOTICE that on October 2, 2019 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jack B. Schmetterer or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604, and present the attached Motion to Vacate Payroll Control Order, and shall request that the attached Order be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before September 24, 2019.

/s/ *David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Kim O Taylor | ) | |
| | ) | Case No. 19-20093 |
| | ) | |
| Debtor(s). | ) | Honorable Jack B. Schmetterer |

**MOTION TO VACATE PAYROLL CONTROL ORDER**

NOW COMES the Debtor, Kim O Taylor, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate Payroll Control Order entered on July 29, 2019 [doc. 16], and in support thereof state as follows:

1. On July 17, 2019 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Debtor's Plan has not yet been confirmed.

3. Per Debtor's request Order for Payroll Control was filed on July 27, 2019 [doc 15]. and subsequently entered on July 29, 2019, [doc. 16].

4. The payroll order filed on July 27, 2019 [doc 15] listed the incorrect employer for the Debtor.

5. That the order is in effect for the Debtor with the wrong employer.

6. That the Debtor currently has two payroll orders in effect, [doc 16] and [doc 21].

7. That [doc 21] is the correct payroll order, with the correct employer.

8. That the Debtor's employer for the order entered on July 29, 2019, [doc. 16], requires a court order to stop withholding the Debtor's pay which is causing the Debtor financial strain.

WHEREFORE Debtor, Kim O Taylor, prays that this honorable court enter an order vacating Payroll Control Order dated July 29, 2019, [doc. 16].

By: /s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600