UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-20093 |
| --- | --- | --- |
| Kim O Taylor | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER

Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT IS HEREBY ORDERED:

1. The Debtor's Motion to Vacate Payroll Order is granted.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: October 02, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600