UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: KIM O TAYLOR | ) Case No. 19 B 20093 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

**NOTICE OF MOTION**

KIM O TAYLOR                                                                    CUTLER & ASSOC
                                                                                                via Clerk's ECF noticing procedures

833 N RICHMOND #2
CHICAGO, IL 60622

Please take notice that on January 15, 2020 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on December 12, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On July 17, 2019 the Debtor filed a petition and plan under Chapter 13  of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Schedule I to list new job and provide proof of income.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,
/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900